CO 249
Rev. 7/07

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Tatiana P. Gurevich
    Plaintiff(s)

Civil Action No. 1:08-cv-00038

vs.

Michael B. Mukasey, U.S. Attorney General, et al.
    Defendant(s)

### AFFIDAVIT OF MAILING

I, Gregory Bryl, Esq._____, hereby state that:

On the __10th__ day of __January__, __2008__, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

Michael B. Mukasey, U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0001

I have received the receipt for the certified mail, No. __7007 1490 0003 8416 3009__ (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the __14th__ day of __January__, __2008__.

I declare under penalty of perjury that the foregoing is true and correct.

__01/24/2008__
(Date)

(Signature)

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent ☐ Addressee<br>B. Received by (*Printed Name*)   C. Date of Delivery<br>JAN 1 4 2008 |
| 1. Article Addressed to:<br>Michael B. Mukasey<br>US Attorney General<br>U.S. Dep-t of Justice<br>950 Pennsilvania Ave NW<br>Washington, DC 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*)   7007 1490 0003 8416 3009 | |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |