CO 249
Rev. 7/07

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Tatiana P. Gurevich
    Plaintiff(s)

vs.

Civil Action No. 1:08-cv-00038

Michael B. Mukasey, U.S. Attorney General, et al.
    Defendant(s)

## AFFIDAVIT OF MAILING

I, Gregory Bryl, Esq._____, hereby state that:

On the __10th__ day of __January__, __2008__, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

MICHAEL CHERTOFF, EMILIO GONZALEZ, SUSAN DIBBINS, ROBERT MUELLER III

I have received the receipt for the certified mail, No. __please see attached__ (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the __16th__ day of __January__, __2008__.

I declare under penalty of perjury that the foregoing is true and correct.

__01/24/2008__
(Date)

_____
(Signature)



**UNITED STATES POSTAL SERVICE**

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7007 1490 0003 8416 2972**
Status: **Delivered**

Your item was delivered at 7:36 AM on January 14, 2008 in WASHINGTON, DC 20528.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA    



http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do                                    1/24/2008

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): DHS    C. Date of Delivery: 1-16-08 |
| 1. Article Addressed to:<br>Emilio Gonzalles<br>Director of Citizenship<br>and Immigration Services<br>Office of the Chief Counsel,<br>USCIS, 20 Massachussets<br>Ave NW, #4025, Wash DC 20529 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label): 7007 1490 0003 8416 2999 | |
| PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540 | |

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)  C. Date of Delivery |
| 1. Article Addressed to:<br>Susan Dibbins<br>Acting Director<br>USCIS Wash. D. Office<br>2675 Prosperity Ave<br>Fairfax, VA 22031 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*)  7007 1490 0003 8416 3023 | |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540


**UNITED STATES POSTAL SERVICE**

Home | Help

Track & Confirm

## Track & Confirm

### Search Results

Label/Receipt Number: **7007 1490 0003 8416 3016**
Status: **Delivered**

Your item was delivered at 5:11 AM on January 14, 2008 in WASHINGTON, DC 20535.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $1.82 |
| Certified Fee | $2.65 |
| Return Receipt Fee (Endorsement Required) | $2.1 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $6.62 |


Postmark Here JAN 10 2008

Sent To: *Robert Mueller III*
Street, Apt. No.; or PO Box No. *935 Pennsylv Ave NW #7427*
City, State, ZIP+4 *Wash, DC 20535*

PS Form 3800, August 2006    See Reverse for Instructions

7007 1490 0003 8416 3016

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do    1/24/2008