CO 249
Rev. 7/07

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Tatiana P. Gurevich
    Plaintiff(s)

vs.

Civil Action No. 1:08-cv-00038

Michael B. Mukasey, U.S. Attorney General, et al.
    Defendant(s)

## AFFIDAVIT OF MAILING

I, Gregory Bryl, Esq._____, hereby state that:

On the 10th day of January, 2008, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

U.S. Attorney for the District of Columbia, 501 3rd Street NW, Washington, DC 20001

I have received the receipt for the certified mail, No. 7007 1490 0003 8416 2989 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 15th day of January, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

01/24/2008
(Date)

(Signature)



Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: **7007 1490 0003 8416 2989**
Status: **Forwarded**

Your item was forwarded to a different address at 12:12 PM on January 15, 2008 in WASHINGTON, DC 20001. This was because of forwarding instructions or because the address or ZIP Code on the label was incorrect. Information, if available, is updated every evening. Please check again later.

( Additional Details > )  ( Return to USPS.com Home > )

Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

Track & Confirm
Enter Label/Receipt Number.

---

Site Map | Contact Us | Forms | Gov't Services | Jobs | Privacy Policy | Terms of Use | National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

