UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TATIANA P. GUREVICH, </br></br>  Plaintiff, </br></br> v. </br></br> MICHAEL B. MUKASEY, </br> United States Attorney General, et al. </br></br> Defendants. | Case Number: 1:08-cv-00038 (JR) |

## STIPULATION OF DISMISSAL

In light of Defendants' representation that their adjudication of Plaintiff's naturalization application is nearly complete and shall be completed within 30 days after the filing of this Stipulation, and pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties hereby agree that the above-captioned case be voluntarily dismissed without prejudice. Each side shall bear its own costs and fees.

_____
Gregory Nicholas Bryl
287 S. Pickett Street
Suite 201
Alexandria, VA 22304
(703) 861-1906
help@bryllaw.com

*Counsel for Plaintiff*

Dated: March 14, 2008

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney.

_____
ROBIN M. MERIWEATHER, D.C. Bar #490114
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Phone: (202) 514-7198; Fax (202) 514-8780
Robin.Meriweather2@usdoj.gov

*Counsel for Defendants*