UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TATIANA P. GUREVICH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) Case Number: 1:08-cv-00038 (JR)<br>MICHAEL B. MUKASEY, )<br>United States Attorney General, <u>et al.</u> )<br>)<br>Defendants. )<br>) | |

**NOTICE OF APPEARANCE**

The Clerk of Court will please enter the appearance of Assistant United States Attorney Robin M. Meriweather as counsel of record for Defendants in the above-captioned action.

                                          Respectfully submitted,

                                            /s/ Robin M. Meriweather
                                          ROBIN M. MERIWEATHER, D.C. Bar #490114
                                          Assistant United States Attorney
                                          555 Fourth Street, N.W.
                                          Washington, D.C. 20530
                                          Phone: (202) 514-7198; Fax (202) 514-8780
                                          Robin.Meriweather2@usdoj.gov

                                          *Counsel for Defendants*